# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2024-0052**
Steven Curtis Stabler v. State of Alabama (Appeal from Monroe Circuit Court: CC-20-101)

# <u>NOTICE</u>

You are hereby notified that on September 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk